**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carol J. MacDonald, | NO. C 03-03538 JW |
| Plaintiff, | |
| v. | **ORDER VACATING TRIAL DATE** |
| Zurich Life Insurance Company Of America, et al., | |
| Defendants. | |

In light of this Court's Order Granting in Part and Denying in Part Defendants' Ex Parte Motion for Order Granting Leave to Move for Reconsideration, the current trial and pretrial dates are hereby vacated. If necessary, new dates will be set when the parties are before the Court at the October 24, 2005 hearing on Defendants' motion for reconsideration. If the Defendants choose not to file a motion for reconsideration, this Court will set new trial and pretrial dates in a later order.

Dated: September 12, 2005

03eciv3538vacdates

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Edward M. Bull ebull@banningmicklow.com
Geoffrey T. Tong gtong@manatt.com
Henry Chi-Jen Wang Hwang@manatt.com
Kurt Micklow kmicklow@banningmicklow.com
Lois A. Lindstrom llindstrom@eakdl.com
Soonhyung Nancy Whang Nwhang@manatt.com

Dated:  September 12, 2005                    Richard W. Wieking, Clerk

                                              By:____/s/jwchambers_____
                                                  Ronald L. Davis
                                                  Courtroom Deputy