**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Carol Macdonald, | NO. C 03-03538 JW |
| Plaintiff, | |
| v. | **ORDER VACATING HEARING ON DEFENDANTS' MOTION FOR RECONSIDERATION;** |
| Zurich Life Insurance Company Of America, et al., | **SETTING HEARING ON MOTION FOR ENTRANCE OF JUDGMENT** |
| Defendants. / | |

In light of the Notice of Acceptance with Offer of Judgment filed on September 22, 2005 (Docket No. 92), this Court vacates the hearing on Defendants' motion for reconsideration currently scheduled for October 24, 2005. The Court construes the current events as Plaintiff's request for the Court to enter judgment. Plaintiff's opening briefing on this issue shall be filed with the Court on or before October 21, 2005. Defendants' opposition shall be filed by November 4, 2005. Plaintiff's reply shall be filed by November 11, 2005. The Court will hear the parties' arguments on Plaintiff's request for the Court to enter judgment on November 28, 2005 at 9:00 a.m.

Dated: October 6, 2005                    /s/ James Ware
03eciv3538sched                            JAMES WARE
                                           United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Edward M. Bull ebull@banningmicklow.com
Geoffrey T. Tong gtong@manatt.com
Henry Chi-Jen Wang Hwang@manatt.com
Kurt Micklow kmicklow@banningmicklow.com
Lois A. Lindstrom llindstrom@eakdl.com
Soonhyung Nancy Whang Nwhang@manatt.com

Dated: October 6, 2005                                        Richard W. Wieking, Clerk

                                                                   By:_/s/ JW Chambers_____
                                                                       Ronald L. Davis
                                                                       Courtroom Deputy

**United States District Court**
For the Northern District of California