```
BANNING MICKLOW BULL & LOPEZ LLP
Kurt Micklow, State Bar No. 113974
Edward M. Bull, III, State Bar No. 141966
One Market, Steuart Tower, Suite 1440
San Francisco, California 94105
Telephone:  (415) 399-9191
Facsimile:  (415) 399-9192

Attorneys for Plaintiff
CAROL J. MACDONALD
```

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| CAROL J. MACDONALD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZURICH LIFE INSURANCE COMPANY OF AMERICA, a corporation, ZURICH DIRECT, INC., a corporation,<br><br>　　　　Defendants.<br>_____ | Case No. C03 03538 JW (RS)<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONDITIONALLY DISMISSING ACTION**<br><br>*Order to Show Cause will remain on calendar* |

## **RECITALS**

WHEREAS Plaintiff CAROL MACDONALD ("Plaintiff") and Defendants ZURICH LIFE INSURANCE OF AMERICA and ZURICH DIRECT, INC. (collectively "Zurich") have agreed to a settlement of this action;

WHEREAS the parties need several weeks to conclude the execution of the settlement;

WHEREAS the parties have agreed that the Court should be respectfully requested to dismiss this action with prejudice with the dismissal becoming final unless the Court is advised by one of the parties in writing within thirty days of the date of this order that the settlement has not been concluded.

## STIPULATION

WHEREFORE, IT IS HEREBY STIPULATED by and among the parties hereto, through their respective counsel of record, that the Court be respectfully requested to dismiss this action with prejudice with the dismissal becoming final unless the Court is advised by one of the parties in writing within thirty days of the date of this order that the settlement has not been concluded. In the unlikely event that the settlement is not timely concluded and the Court is so advised, the action shall remain on the Court's docket for further proceedings as necessary.

DATED: December 5, 2005     BANNING MICKLOW BULL & LOPEZ LLP

By     /s/ Kurt Micklow
       Kurt Micklow

Attorneys for Plaintiff
CAROL J. MACDONALD

DATED: December 5, 2005     MANATT, PHELPS & PHILLIPS, LLP

By     /s/ Henry C. Wang
       Henry C. Wang

Attorneys for Defendants ZURICH LIFE INSURANCE COMPANY OF AMERICA and ZURICH DIRECT, INC., dba ZURICH DIRECT INSURANCE AGENCY, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Kurt Micklow hereby attests that concurrence in the filing of this document has been obtained.*

**ORDER**

IT IS SO ORDERED.

Dated: 12/12/05     _____
                    Hon. James Ware
                    UNITED STATES DISTRICT JUDGE

2

STIPULATION AND PROPOSED ORDER CONDITIONALLY
DISMISSING ACTION                                    [Case No. C03 03538 JW (RS)]